# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>  Plaintiff,<br><br> v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>  Defendants. | Case No. 1:19-cv-00784-DAD-BAM (PC)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT<br><br>(ECF No. 15)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Allen Hammler ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On November 19, 2019, the Court screened Plaintiff's complaint and granted Plaintiff leave to file a first amended complaint within thirty (30) days. (ECF No. 14.)

Currently before the Court is Plaintiff's motion for an extension of time to file a first amended complaint, filed December 23, 2019. (ECF No. 15.) Plaintiff states that he is requesting a thirty-day extension of time because he is being denied access to materials and legal services. (Id.) The Court finds good cause to grant the requested extension of time. Fed. R. Civ. P. 6(b).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for extension of time to file a first amended complaint, (ECF No. 15), is GRANTED;
2. The Clerk's Office shall send Plaintiff a complaint form;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an amended complaint curing the deficiencies identified by the Court in the November 19, 2019 screening order or file a notice of voluntary dismissal; and
4. If Plaintiff fails to file an amended complaint in compliance with this order, the Court will recommend dismissal of this action, with prejudice, for failure to obey a court order and for failure to state a claim.

IT IS SO ORDERED.

Dated: **December 27, 2019**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE