# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>        Defendants. | Case No. 1:19-cv-00784-DAD-BAM (PC)<br><br>ORDER DENYING MOTION FOR ORDER FOLLOWING NINTH CIRCUIT DISMISSAL OF APPEAL AS MOOT<br><br>(ECF No. 32) |

Plaintiff Allen Hammler ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 19, 2019, the Court screened Plaintiff's complaint and found that Plaintiff failed to state a cognizable claim for relief. Plaintiff was granted leave to file a first amended complaint within thirty (30) days. (ECF No. 14.) Since the screening order was issued, the Court granted Plaintiff four separate extensions of time, (ECF Nos. 16, 19, 22, 25), and repeatedly rejected Plaintiff's arguments in support of filing an overlength complaint, (ECF Nos. 19, 25). Pursuant to the Court's March 19, 2020 order, Plaintiff's first amended complaint, not to exceed twenty-five pages, was due on or before April 21, 2020. (ECF No. 25.)

Rather than filing an amended complaint, on March 30, 2020, Plaintiff filed a Notice of Appeal regarding the Court's denial of his motion to file a complaint in excess of twenty-five pages. (ECF No. 26.) The appeal was processed to the United States Court of Appeals for the

1 | Ninth Circuit.  (ECF No. 27.)  On April 24, 2020, the Ninth Circuit dismissed the appeal for lack
2 | of jurisdiction because the order challenged is not final or appealable.  (ECF No. 29.)  The Ninth
3 | Circuit issued its mandate on May 18, 2020.  (ECF No. 30.)

4 |       Accordingly, on May 19, 2020, the Court issued an order granting Plaintiff a **<u>final</u>**
5 | extension of time to file his first amended complaint, and directed Plaintiff to file his first
6 | amended complaint, **<u>not to exceed twenty-five (25) pages</u>**, within thirty (30) days from the date
7 | of service of that order.  (ECF No. 31.)

8 |       On May 27, 2020, Plaintiff filed the instant motion for an order following the Ninth
9 | Circuit's dismissal of his appeal.  (ECF No. 32.)  Plaintiff's motion, which is dated May 19, 2020,
10 | requests that the Court order him to submit an amended complaint in light of the Ninth Circuit's
11 | dismissal of his appeal, so he may continue with the litigation before this Court.  (<u>Id.</u>)  It appears
12 | that Plaintiff's motion has crossed in the mail with the Court's May 19, 2020 order.

13 |       Based on the foregoing, IT IS HEREBY ORDERED that:

14 | 1. Plaintiff's motion for a court order, (ECF No. 32), is DENIED as moot;

15 | 2. Plaintiff's first amended complaint, **not to exceed twenty-five (25) pages**, curing the
16 |    deficiencies identified by the Court's November 19, 2019 screening order, or a notice of
17 |    voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), remains
18 |    due on or before **June 22, 2020**; and

19 | 3. **<u>If Plaintiff fails to file a first amended complaint in compliance with this the Court's</u>**
20 |    **<u>May 19, 2020 order, the Court will recommend dismissal of this action, with</u>**
21 |    **<u>prejudice, for failure to obey a court order and for failure to state a claim.</u>**

IT IS SO ORDERED.

    Dated:  **May 28, 2020**                  /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE