# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>          Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>          Defendants. | Case No.  1:19-cv-00784-DAD-BAM (PC)<br><br>ORDER DENYING MOTION FOR JUDICIAL NOTICE<br><br>(ECF No. 35)<br><br>ORDER CONFIRMING RECEIPT OF FIRST AMENDED COMPLAINT |

Plaintiff Allen Hammler ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 24, 2020, the Ninth Circuit Court of Appeals dismissed Plaintiff's pending appeal for lack of jurisdiction because the order challenged—the Court's denial of Plaintiff's motion to file a complaint in excess of twenty-five pages—was not final or appealable. (ECF No. 29.) Accordingly, on May 19, 2020, the Court issued an order granting Plaintiff a final extension of time to file his first amended complaint, not to exceed twenty-five pages in length. (ECF No. 31.)

On May 27, 2020, Plaintiff filed a motion or an order following the Ninth Circuit's dismissal of his appeal. (ECF No. 32.) As it appeared Plaintiff's motion had crossed in the mail with the Court's May 19, 2020 order, the motion was denied as moot on May 28, 2020. (ECF No. 34.) Although filed together with Plaintiff's May 27, 2020 motion, Plaintiff's attached first

1

amended complaint was not docketed until May 28, 2020, the same date the Court issued its order. (ECF No. 33.)

Currently before the Court is Plaintiff's June 8, 2020 motion for judicial notice. (ECF No. 35.) Plaintiff requests that the Court take judicial notice of an attached CDCR 22 Form dated May 21, 2020, noting that the first amended complaint was forwarded for mailing together with Plaintiff's motion for court order. It appears Plaintiff is requesting confirmation that the Court received the first amended complaint. (Id.)

As noted above, Plaintiff's first amended complaint was docketed on May 28, 2020. (ECF No. 33.) Thus, by the instant order, the Court confirms receipt of the first amended complaint, and notes that it is in compliance with the twenty-five page limit. However, the Court denies Plaintiff's request for judicial notice of the CDCR 22 Form, as the document does not contain the type of facts that are judicially noticeable.[1]

Plaintiff is reminded that, pursuant to the Court's First Informational Order issued June 6, 2019, if he wishes to receive a file-stamped copy of a document to confirm that it was received by the Court, he should include an extra copy of the filing and a pre-addressed, pre-paid envelope. The Court does not make copies of filed documents or provide postage or envelopes for free even for parties proceeding *in forma pauperis*. (ECF No. 2, p. 3.)

According, Plaintiff's motion for judicial notice, (ECF No. 35), is HEREBY DENIED. Plaintiff's first amended complaint will be screened in due course.

IT IS SO ORDERED.

    Dated:  **June 10, 2020**                    /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Rule 201(b) of the Federal Rules of Evidence provides that a court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Civ. 201(b).

2