UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | No. 1:19-cv-00784-DAD-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 37) |

　　　　Plaintiff Allen Hammler is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 23, 2020, the assigned magistrate judge issued findings and recommendations recommending that the federal claims in this action be dismissed based on plaintiff's failure to state a cognizable claim upon which relief may be granted, and that the court decline to exercise supplemental jurisdiction over plaintiff's purported state law claims.  (Doc. No. 37.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 12.)  Plaintiff did not file objections, and the time in which to do so has passed.

/////

/////

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on July 23, 2020 (Doc. No. 37) are adopted in full;
2. The federal claims in this action are dismissed, with prejudice, due to plaintiff's failure to state a claim upon which relief may be granted;
3. The court declines to exercise supplemental jurisdiction over plaintiff's state law claims, and those claims are dismissed, without prejudice; and
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 23, 2020**

UNITED STATES DISTRICT JUDGE

2